IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:09-195-JFA |
|---|---|---|
| vs. | ) ) ) | ORDER |
| PASCAL ANDRE ETCHEBER | ) ) | |

For good cause shown, the period of probation previously imposed by this court is hereby terminated effective as of the date of this order.

IT IS SO ORDERED.

July 12, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge